

FILED
DEC 30 2019

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>Plaintiff,<br><br>v.<br><br>UTC VENTURE, LLC, a Delaware Limited Liability Company; WESTFIELD AMERICA, INC., a Missouri Corporation; and Does 1-10<br><br>Defendants. | Case No.: 19cv1217-JAH (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS (Doc. No. 17)** |

IT IS HEREBY ORDERED the Parties' Joint Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a)(1) is **GRANTED**. This action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: December 27, 2019

JOHN A. HOUSTON
United States District Judge

1

19cv1217-JAH (KSC)